UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06cv2633-BEN (BLM) |
| ) Plaintiff, ) | **ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. ) | |
| $24,750.00 IN U.S. CURRENCY, ) | |
| ) Defendant. ) | |

Due to a conflict on the Court's calendar, the Early Neutral Evaluation (ENE) Conference currently scheduled for March 5, 2007 at 1:30 p.m. is hereby converted to a <u>telephonic</u>, <u>attorneys-only</u> ENE. The Court will initiate the conference call and contact counsel on **March 5, 2007** at **1:15 p.m.** The Court notes that the parties are still required to submit confidential ENE statements of no more than five (5) pages in length on or before **February 26, 2007**. Failure of required counsel to comply may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: <u>February 22, 2007</u>

BARBARA L. MAJOR
United States Magistrate Judge

06cv2633-BEN (BLM)

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL