1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )  Case No. 06cv2633-BEN (BLM)
                                      )
12                Plaintiff,          )  **ORDER SCHEDULING <u>TELEPHONIC</u>**
                                      )  **CASE MANAGEMENT CONFERENCE**
13   v.                               )
                                      )
14   $24,750.00 IN U.S. CURRENCY,     )
                                      )
15                Defendant.          )
                                      )
16   ─────────────────────────────   )

17        On March 29, 2007 at 8:30 a.m., the Court convened a telephonic

18   Case Management Conference.  Appearing for Plaintiff was Bruce Smith.

19   Appearing for Defendant/Claimant was Richard Barnett.

20        After consulting with counsel of record for the parties and being

21   advised of the status of the case, and good cause appearing, a

22   <u>telephonic</u>, <u>attorneys-only</u> Case Management Conference shall be held on

23   **<u>April 19, 2007</u>** at **<u>9:00 a.m.</u>**  The Court will initiate the conference

24   call.  Failure of required counsel to participate may result in the

25   imposition of sanctions.

26        **IT IS SO ORDERED.**

27   Dated: <u>March 29, 2007</u>

28                                        BARBARA L. MAJOR
                                          United States Magistrate Judge


                                                        06cv2633-BEN (BLM)

1  COPY TO:

2  HONORABLE ROGER T. BENITEZ
   U.S. DISTRICT JUDGE

3
   ALL COUNSEL

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28