1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 06cv2633-BEN (BLM) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER REGARDING SANCTIONS AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |
| $24,750.00 IN U.S. CURRENCY, | ) |
| Defendants. | ) |

On June 28, 2007, Bruce Smith, counsel for Plaintiff, and Richard Barnett, counsel for Claimant, appeared at a hearing to show cause why sanctions should not be imposed for their failure to comply with the Court's Order Following Telephonic Case Management Conference, Setting Rule 26 Compliance, and Notice of Case Management Conference [Doc. No. 15]. For the reasons stated on the record, the Court finds it inappropriate to impose sanctions.

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **July 26, 2007**. A proposed order on the joint motion for dismissal must be e-mailed to the

district judge's chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **July 26, 2007**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **July 31, 2007** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

Dated: June 28, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").